# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN R. WALSH, III,** : | |
|    **Plaintiff,** : | **CIVIL ACTION NO. 3:15-2313** |
|    v. : | |
| | **(JUDGE MANNION)** |
| **HONORABLE TRISH CORBETT,** : | |
|    **Defendant** : | |

## ORDER

For the reasons set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's motion for leave to proceed in forma pauperis, (Doc. 2), is **GRANTED**;

**(2)** the plaintiff's motion for an "Emergency Injunction," (Doc. 1), is **DENIED**; and

**(3)** the case, (Doc. 1), is **DISMISSED**.

                                              s/ *Malachy E. Mannion*
                                              **MALACHY E. MANNION**
                                              **United States District Judge**

**Dated: December 2, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2313-01-ORDER.wpd