# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN R. WALSH, III,** : | |
| **Plaintiff,** : | **CIVIL ACTION NO. 3:15-2313** |
| v. : | |
| **HONORABLE TRISH CORBETT,** : | **(JUDGE MANNION)** |
| **Defendant** : | |

## ORDER

For the reasons set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the plaintiff's motion for an "Emergency Motion For a Set Aside of Pending Eviction for Appellant John R. Walsh III.," (Doc. 7), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: January 6, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2313-02-ORDER.wpd